GARRIDO, DEMANDANTE Y APELADO, *v.* FALÚ, DEMANDADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre resolución de contrato y daños y perjuicios.

No. 2984.—Resuelto en enero 21, 1924.

DAÑOS Y PERJUICIOS—EVICCIÓN.—A vendió a B una casa con su solar; el comprador B, demandado en reivindicación, citó de evicción al vendedor A contra el cual entabló además, demanda pidiendo la rescisión de la venta, la devolución del precio y el valor de las mejoras. El vendedor citado de evicción no compareció en el pleito de reivindicación que fué finalmente resuelto a favor del demandante. *Se resolvió:* que la sentencia que declaró con lugar la demanda de rescisión, es justa y debe confirmarse.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. M. F. Rossy.*

Abogado del apelado: *Sr. J. Martínez Dávila.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Se trata de un pleito sobre rescisión de contrato de compraventa e indemnización de daños y perjuicios. De las alegaciones y de las pruebas resulta que por escritura pública otorgada el 25 de noviembre de 1919 el demandado Falú vendió al demandante Garrido un solar de 267 metros cuadrados con una casa, segregado de otro solar de 541 metros cuadrados situado en la calle "Ferrocarril" de Río Piedras, P. R. El 7 de febrero de 1920 comparecieron otra vez ante un notario Garrido y Falú y éste hizo constar que la finca vendida el 25 de noviembre anterior le correspondía la mitad por sus gananciales y la otra mitad por herencia de su esposa.

Tomó Garrido posesión de la finca comprada y fué demandado por Dámasa y Estebanía Agricolt y Heriberto Torres Solá, este último como cesionario de Julio Gautier, conocido por Falú, quienes alegaron que eran dueños del solar poseído por el demandante en este pleito. Para ello se basaron en el testamento de María Cleofe Benítez otorgado en 1913, bajo el cual murió, y por el cual les legó "la casa que habita y el solar donde está enclavada," y en una escritura otorgada en 1920 por el demandado Falú en la cual hizo constar que durante su matrimonio con María Cleofe Benítez adquirió por compra a Ramón Silva un solar en la calle "Ferrocarril" de Río Piedras, de 541 metros cuadrados; que su esposa murió en 1919 bajo testamento otorgado en 1913; que por la cláusula cuarta de dicho testamento legó a Dámasa y Estebanía Agricolt y a Julio Gautier, conocido por Falú, la casa en que vivía y el solar en que estaba enclavada; que el solar a que se refería el legado era el descrito en el hecho primero de la escritura o sea el de 541 metros cuadrados situado en la calle "Ferrocarril" de Río Piedras, y que Falú, cumpliendo la voluntad de su esposa, en su carácter de único heredero, entregaba a los legatarios la casa y el solar.

Cuando la demanda de Garrido contra Manuel Falú fué archivada, solo se había iniciado el pleito de los Agricolt contra Garrido. En dicho pleito Manuel Falú fué citado de evicción y saneamiento y no compareció, dictándose sentencia en contra de Garrido y ya dictada dicha sentencia, se celebró la vista de este caso de Garrido contra Falú en el cual Garrido pide que se declare resuelto el contrato de compraventa celebrado entre demandante y demandado y se condene al demandado a devolver al demandante la suma de mil ochocientos dólares, precio de la venta y la de dos mil doscientos veinticinco dólares, valor de las mejoras realizadas en la casa. Oídas las pruebas, la corte dictó sentencia favora-

ble al demandante y el demandado interpuso el presente recurso de apelación.

En la demanda se alega que Falú al otorgar la escritura de reconocimiento y entrega de legado de que se ha hecho referencia, actuó fraudulentamente. A nuestro juicio el fraude no se ha probado. Es lógica la explicación que dá Falú. En el solar de 541 metros había fabricadas dos casas. Una con 267 metros fué vendida a Garrido y la otra con el resto del solar fué la legada. Pero los documentos se redactaron de modo tal que en ellos no se hablá de dos casas y expresamente se dice que la casa legada lo es con un solar, describiéndose éste como de 541, comprendiendo por tanto los 267 metros vendidos a Garrido. Además, Falú que tuvo la oportunidad de aclararlo todo en el pleito seguido por los Agricolt contra Garrido, en el cual fué citado de evicción y saneamiento, no lo hizo y ahora no tiene más remedio que aceptar las consecuencias de sus propios actos.

La verdadera situación en el momento en que la sentencia recurrida fué dictada era ésta: Falú vendió a Garrido una casa con su solar. Garrido fué demandado por los Agricolt para que les entregara el solar e hizo citar de evicción y saneamiento a su vendedor. Nada hizo el vendedor y de acuerdo con las alegaciones y las pruebas el pleito fué fallado en contra de Garrido. Siendo ello así, la sentencia dictada mandando a Falú, el vendedor, que devuelva a Garrido lo que éste le pagó por la casa y lo que invirtió de buena fe en mejorarla, es la justa y procedente y debe confirmarse. No es necesario decir que cumplida la sentencia, todos los derechos que Garrido tenía pasan, de acuerdo con la ley, a Falú para que este los ejercite si a bien lo tiene, en la forma que proceda.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.